# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
 ) CASE NUMBER **08mj866**
vs )
 ) ABSTRACT OF ORDER
**OSVALDO ANZALDO** )
 ) Booking No. **07905298**
 )
 )
 )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **3/21/08**
the Court entered the following order:

- **X** Defendant be released from custody.
- ____ Defendant placed on supervised / unsupervised probation / supervised release.
- ____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- **X** Defendant released on $ **10,000 P/S** bond posted.
- ____ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.
- ____ Defendant sentenced to TIME SERVED, supervised release for ____ years.
- ____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
  ____ dismissing appeal filed.
- ____ Bench Warrant Recalled.
- ____ Defendant forfeited collateral.
- ____ Case Dismissed.
- ____ Defendant to be released to Pretrial Services for electronic monitoring.
- ____ Other. ____

**Leo S. Papas**
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR. Clerk
by
_____
Deputy Clerk

Received _____
DUSM

Crim-9  (Rev 6-95)  ★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**