**ROBERT H. HENSSLER, JR.**
California Bar No. 216165
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Robert_Henssler@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ0866 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| **OSVALDO ROGELIO ANZALDO,** ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert R Henslser, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: March 24, 2008        /s/ *Robert R. Henssler, Jr.*
                             **ROBERT R. HENSSLER, JR.**
                             Federal Defenders of San Diego, Inc.
                             Robert_Henssler@fd.org

1

**CERTIFICATE OF SERVICE**

2

  Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3

information and belief, and that a copy of the foregoing document has been served this day upon:

4

U S Attorneys Office Southern District of California
880 Front Street

5

Room 6293
San Diego, CA 92101

6

(619)557-5610
Fax: (619)557-5917

7

Email: Efile.dkt.gc2@usdoj.gov

8

9

DATED: March 24, 2008       */s/ Robert R. Henssler, Jr.*
                 **ROBERT R. HENSSLER, JR.**

10

                 Federal Defenders of San Diego, Inc.
                 Robert_Henssler@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28