1 **ROBERT R. HENSSLER, JR.**
California Bar No. 216165
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Email: Robert_Henssler@fd.org

5 Attorneys for Mr. Anzaldo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LEO S. PAPAS)

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ0866 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ACKNOWLEDGMENT OF COURT |
| OSVALDO ROGELIO ANZALDO, | ) | |
| Defendant. | ) | |

I, Osvaldo Rogelio Anzaldo, hereby acknowledge that an *ex parte* status hearing concerning my bond conditions was held on Friday, March 21, 2008. I have no objection to not being present for this hearing.

I declare that the foregoing is true and correct.

DATED: 3/25/08

_____
OSVALDO ROGELIO ANZALDO