# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: March 26, 2008              */s/ Robert R. Henssler, Jr.*
                                   **ROBERT R. HENSSLER, JR.**
                                   Federal Defenders of San Diego, Inc.
                                   Robert_Henssler@fd.org