30

1  KAREN P. HEWITT
   United States Attorney
2  JEFFREY D. MOORE
   Assistant United States Attorney
3  California State Bar No. 240595
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7171
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA



8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,      )    Magistrate Case No. 08MJ0866
                                   )
12                 Plaintiff,      )
                                   )    **STIPULATION OF FACT AND JOINT**
13         v.                      )    **MOTION FOR RELEASE OF**
                                   )    **MATERIAL WITNESS(ES) AND**
14  OSVALDO ROGELIO ANZALDO,       )    **ORDER THEREON**
                                   )
15                 Defendant.      )
                                   )    **(Pre-Indictment Fast-Track Program)**
16

17         **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Jeffrey D.

19  Moore, Assistant United States Attorney, and defendant OSVALDO ROGELIO ANZALDO, by and

20  through and with the advice and consent of defense counsel, Robert R. Henssler, Federal Defenders

21  of San Diego, Inc., that:

22         1.    Defendant agrees to execute this stipulation on or before the first preliminary hearing

23  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26  of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

27  § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

28  JDM:rp:3/21/08

2.      Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3.      Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **April 21, 2008.**

4.      The material witness, Adriana Berenice Cruz-Duran, in this case:

      a.      Is an alien with no lawful right to enter or remain in the United States;

      b.      Entered or attempted to enter the United States illegally on or about March 19, 2008;

      c.      Was found in a vehicle driven by defendant at the San Ysidro, California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that she was an alien with no lawful right to enter or remain in the United States;

      d.      Was having others pay on her behalf $4,000-$5,000 to others to be brought into the United States illegally and/or transported illegally to her destination therein; and,

      e.      May be released and remanded immediately to the Department of Homeland Security for return to her country of origin.

5.      After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

      a.      The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

      b.      The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

      c.      Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Osvaldo Rogelio Anzaldo                2                              08MJ0866

1  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

2  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

3  waives the right to confront and cross-examine the material witness(es) in this case.

4         6.      By signing this stipulation and joint motion, defendant certifies that defendant has

5  read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

6  further that defendant has discussed the terms of this stipulation and joint motion with defense

7  counsel and fully understands its meaning and effect.

8         Based on the foregoing, the parties jointly move the stipulation into evidence and for the

9  immediate release and remand of the above-named material witness(es) to the Department of

10  Homeland Security for return to her country of origin.

11         It is STIPULATED AND AGREED this date.

12                                          Respectfully submitted,

13                                          KAREN P. HEWITT
                                            United States Attorney
14

15  Dated: 4/3/08            .
                                            JEFFREY D. MOORE
16                                          Assistant United States Attorney

17
    Dated: 3/28/08           .
18                                          ROBERT R. HENSSLER
                                            Defense Counsel for Osvaldo Rogelio Anzaldo
19

20  Dated: 3/28/08           .

21                                          OSVALDO ROGELIO ANZALDO
                                            Defendant
22

23

24

25

26

27

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Osvaldo Rogelio Anzaldo          3                        08MJ0866

1

## O R D E R

2    Upon joint application and motion of the parties, and for good cause shown,

3    **THE STIPULATION** is admitted into evidence, and,

4    **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5    forthwith to the Department of Homeland Security for return to her country of origin.

6    **SO ORDERED.**

7

8    Dated: ___4/3/08___ .

9    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Osvaldo Rogelio Anzaldo          4

08MJ0866