# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> OSVALDO ANZALDO ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08CR999-L / 08mj866 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

**Adriana Berenice Cruz-Duran**

DATED: 4/3/08

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
    DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by J. Jaudek
    Deputy Clerk